

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-14-00102-CV

**IN THE INTEREST OF J.R.I., A CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

    Kayleen Rivera's notification of late reporter's record is hereby NOTED. The reporter's record is due on or before March 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court